**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



DEC 2 1 2001

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JOEL COLBERT, <br> *et ux* GAYLE COLBERT, <br><br> Plaintiffs, <br><br> v. <br><br> LONE STAR PARK AT GRAND PRAIRIE <br> f/k/a a/k/a MBLS INC., LSRPI, INC., <br> LONE STAR RACE PARK LTD., <br> LONE STAR RACETRACK INC. <br> LONE STAR PARK, GRAND PRAIRIE <br> SPORTS FACILITY, and <br> TRAMMEL CROW <br> INTERESTS COMPANY, and <br><br> LONE STAR RACE PARK <br> MANAGEMENT CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3-01CV2321-P |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 7.4, Defendants **Lone Star Race Park, Ltd.** (incorrectly named variously as f/k/a and a/k/a Lone Star Park at Grand Prairie, MBLS, Inc., LSRPI, Inc., Lone Star Racetrack, Inc., Lone Star Park, Grand Prairie Sports Facility, and Trammel Crow Interests Company") and **Lone Star Race Park Management Corporation** identify the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which may have a financial interest in the outcome of this litigation:

Plaintiffs:
    Joel Colbert
    Gayle Colbert

**Defendants' Certificate of Interested Persons - Page 1**
Dallas3 751137 v 1, 20554.00033



Counsel for Plaintiff:

    L. Bruce Lambert

Defendants:

    Lone Star Race Park, Ltd.
    Lone Star Race Park Management Corporation

Counsel for Defendant:

    Robert E. Sheeder
    Jason E. Winford
    Jenkens & Gilchrist, A Professional Corporation

Respectfully submitted,

*/s/ Jason E. Winford*

Robert E. Sheeder
Texas Bar No. 18174300
Jason E. Winford
Texas Bar No. 00788693

JENKENS & GILCHRIST,
A Professional Corporaiton
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
(214) 855-4500 Telephone
(214) 855-4300 Facsimile

ATTORNEYS FOR DEFENDANTS
LONE STAR RACE PARK, LTD., and
LONE STAR RACE PARK
MANAGEMENT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2001, a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested upon Plaintiff's counsel of record, L. Bruce Lambert, P.O. Box 120787, 3107 Alps Court, Arlington, Texas 76012.

*[signature]*